**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 06-00320 - JFW |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **REGARDING DEFENDANT HOWARD** |
| | ) | **J. VOGEL'S UNOPPOSED MOTION** |
| | ) | **TO EXTEND TIME FOR** |
| | ) | **HIS SELF-SURRENDER** |
| | ) | **FROM NOVEMBER 19, 2008** |
| v. | ) | **AT 2 P.M.** |
| | ) | **TO JANUARY 14, 2009 AT 2 P.M.** |
| HOWARD J. VOGEL, | ) | |
| Defendant. | ) | |

## ORDER

Having considered the Motion to Extend Time for Self-Surrender filed by defendant Howard J. Vogel, and good cause appearing, IT IS ORDERED that:

Mr. Vogel's self-surrender date shall be continued from November 19, 2008, at 2:00 p.m., to January 14, 2009, at 2:00 p.m.

Dated:    11/12/08

John F. Walter
United States District Judge

Cc: **USMO**
    **BOP**
    **USPO**

909388.1

Copies to:

| | |
|---|---|
| Robert D. Luskin<br>PATTON BOGGS LLP<br>2550 M. Street, NW<br>Washington, DC  20037<br>Tel: (202) 457-6190<br>Fax:(202) 457-6315 | Attorney for Defendant David J. Bershad |
| Benjamin Brafman<br>BRAFMAN AND ASSOCIATES<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>Tel: (212) 705-7800<br>Fax: (212) 750-3906 | Attorney for Defendant Melvyn I. Weiss |
| Blair G. Brown<br>Elizabeth G. Taylor<br>ZUCKERMAN SPAEDER<br>1800 M. Street, NW<br>Washington, DC 20036<br>Tel:  (202) 822-8106<br>Fax:  (202) 778-1829 | Attorneys for Defendant Milberg Weiss<br>Bershad & Schulman LLP |
| Herbert J. Stern<br>Jefferey Speiser<br>STERN & KILCULLEN, LLC<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>Tel:  (973) 535-1900<br>Fax: (973) 535-9664 | Attorneys for Defendant Steven G.<br>Schulman |
| Gordon A. Greenberg<br>MCDERMOTT WILL & EMERY LLP<br>2049 Century Park East 34th Floor<br>Los Angeles, CA 90067-3208<br>Tel:  (310) 277-4110<br>Fax:  (310) 277-4730 | |